UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL KAUFFMAN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:16-cv-04580 |
| | : | |
| U-HAUL INTERNATIONAL, INC., | : | |
| COLLEGEBOXES, LLC, and | : | |
| EMOVE, INC., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 24th day of April, 2019, having reviewed the terms of the settlement agreement in this matter, ECF No. 45; upon consideration of the Joint Motion to Approve Settlement and to Dismiss with Prejudice, filed March 25, 2019, *see* ECF No. 43, which the Court previously denied without prejudice; and for the reasons set forth in the Court's Opinion issued today, which made findings of facts and conclusions of law, the Court finds that the terms of the settlement agreement are a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act. Based on this, **IT IS ORDERED THAT**, this case is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge